LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURAE EADES, <br><br> Plaintiff, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, <br><br> Defendants. | CASE NO. C 06 1555 MHP <br><br> Before the Honorable MARILYN HALL PATEL <br><br> [PROPOSED] ORDER ~~VACATING AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Conference Date: July 6, 2006 <br> Conference Time: 3:00 PM <br> Location: Courtroom 15, 18th Floor |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the July 6, 2006 Case Management Conference ("CMC") to November 13, 2006, at 4:00 p.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far

1  enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2  calendar days before the CMC, pursuant to this Court's Standing Order.
3  **IT IS SO ORDERED.**
4  DATED: June 28, 2006

_____
Honorable MARILYN H. PATEL
United States District Judge

